■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRADLEY ESTRELLA, Appellant. [934 NYS2d 718]—

The defendant's contention that he was entitled to a downward departure from his presumptive level two risk assessment is unpreserved for appellate review (*see People v Bowles,* 89 AD3d 171, 180 [2011]; *People v Spring,* 83 AD3d 1028 [2011]; *People v Iorio,* 74 AD3d 1306, 1307 [2010]; *People v Williams,* 46 AD3d 652 [2007]) and, in any event, without merit (*see People v Wyatt,* 89 AD3d 112; *People v Bowles,* 89 AD3d at 180; *People v Spring,* 83 AD3d at 1028; *People v Iorio,* 74 AD3d at 1307). Accordingly, the Supreme Court properly designated the defendant a level two sex offender. Rivera, J.P., Balkin, Eng and Austin, JJ., concur.